02-12-136,137-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00136-CR

NO. 02-12-00137-CR

 


 
 
 Bradley Harold Andrews
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM County
Criminal Court No. 1 OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Bradley Harold Andrews filed a pro se notice of appeal from his convictions
for assault–family violence.  The trial court’s certifications for both cases
state that “the defendant has waived the right of appeal.”[2] 
On April 9, 2012, we notified Andrews that his appeals may be dismissed
unless he or any party desiring to continue the appeals filed a response on or
before April 19, 2012, showing grounds for continuing the appeals. 
Andrews filed a response, but it does not show grounds for continuing the
appeals.  Therefore, in accordance with the trial court’s certifications, we
dismiss these appeals.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON,
C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  May 24, 2012









[1]See Tex. R. App. P. 47.4.





[2]After a jury convicted
Andrews of the underlying offense, he waived his right to appeal in exchange
for an agreement with the State on punishment.